IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Adolfo Mendoza | ) | |
| | ) | |
| Plaintiff | ) | Case No. 16 C 7036 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| Crystal Laundry Services | ) | |
| Defendants. | ) | |

### ORDER

Status hearing held. Motion [11] of Raisa Alicea for leave to withdraw as counsel for plaintiff is granted. This case is dismissed for want of prosecution.

(00:05)

**ENTER:** November 10, 2016

_____
**Robert W. Gettleman**
**United States District Judge**